**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNIVERSITY OF MARYLAND FACULTY PHYSICIANS, INC.**<br>250 West Pratt Street, Suite 901<br>Baltimore, Maryland 21201, | |
| **SHOCK TRAUMA ASSOCIATES, P.A.**<br>11 South Paca Street, 5th Floor<br>Baltimore, Maryland 21201, | Case No. |
| **UNIVERSITY OF MARYLAND ANESTHESIOLOGY ASSOCIATES, P.A.**<br>22 South Greene Street<br>Baltimore, Maryland 21201, | **JURY TRIAL DEMANDED** |
| **UNIVERSITY OF MARYLAND DIAGNOSTIC IMAGING SPECIALISTS, P.A.**<br>22 South Greene Street, RM N2E23<br>Baltimore, Maryland 21201, | |
| **UNIVERSITY OF MARYLAND EMERGENCY MEDICINE ASSOCIATES, P.A.**<br>110 South Paca Street, 6th Floor, Suite 200<br>Baltimore, Maryland 21201, | |
| **UNIVERSITY OF MARYLAND EYE ASSOCIATES, P.A.**<br>419 West Redwood Street, Suite 479<br>Baltimore, Maryland 21201, | |
| **UNIVERSITY OF MARYLAND NEUROLOGY ASSOCIATES, P.A.**<br>11 South Paca Street, 3rd Floor, 3-S-136<br>Baltimore, Maryland 21201, | |
| **UNIVERSITY OF MARYLAND OBSTETRICAL & GYNECOLOGICAL ASSOCIATES, P.A.**<br>250 West Pratt Street, Suite 880<br>Baltimore, Maryland 21201, | |

906769

**UNIVERSITY OF MARYLAND
ONCOLOGY ASSOCIATES, P.A.**
22 South Greene Street, RM N9E10
Baltimore, Maryland 21201,

**UNIVERSITY OF MARYLAND
ORTHOPAEDIC ASSOCIATES, P.A.**
110 South Paca Street, Suite 300
Baltimore, Maryland 21201,

**UNIVERSITY OF MARYLAND
ORTHOPAEDIC TRAUMA ASSOCIATES,
P.A.**
110 South Paca Street, Suite 300
Baltimore, Maryland 21201,

**UNIVERSITY OF MARYLAND
PATHOLOGY ASSOCIATES, P.A.**
419 West Redwood Street, Suite 200
Baltimore, Maryland 21201,

**UNIVERSITY OF MARYLAND
PEDIATRIC ASSOCIATES, P.A.**
22 South Greene Street, Room N5E17
Baltimore, Maryland 21201,

**UNIVERSITY OF MARYLAND
PHYSICIANS, P.A.**
22 South Greene Street, Rm N3W42
Baltimore, Maryland 21201,

**UNIVERSITY OF MARYLAND
RADIATION ONCOLOGY ASSOCIATES,
P.A.**
22 South Greene Street, GGK0107
Baltimore, Maryland 21201,

     and

**UNIVERSITY OF MARYLAND SURGICAL
ASSOCIATES, P.A.**
29 S. Greene Street, Suite 502
Baltimore, Maryland 21201,
Easton, Maryland 21601,

     Plaintiffs,

986379

2

v.

**CHS TX, INC. D/B/A YESCARE**
205 Powell Place, Suite 104
Brentwood, TN 37027

*Serve on*:
The Corporation Trust Inc.
2405 York Road, Suite 201
Lutherville-Timonium, MD 21093

Defendant.

## COMPLAINT

University of Maryland Faculty Physicians, Inc., Shock Trauma Associates, P.A., University of Maryland Anesthesiology Associates, P.A., University of Maryland Diagnostic Imaging Specialists, P.A., University of Maryland Emergency Medicine Associates, P.A., University of Maryland Eye Associates, P.A., University of Maryland Neurology Associates, P.A., University of Maryland Obstetrical & Gynecological Associates, P.A., University of Maryland Oncology Associates, P.A., University of Maryland Orthopaedic Associates, P.A., University of Maryland Orthopaedic Trauma Associates, P.A., University of Maryland Pathology Associates, P.A., University of Maryland Pediatric Associates, P.A., University of Maryland Physicians, P.A., University of Maryland Radiation Oncology Associates, P.A., and University of Maryland Surgical Associates, P.A., (collectively the "FPI Medical Group") bring this action for damages against Defendant CHS TX, Inc. d/b/a YesCare ("YesCare") and allege as follows:

986379                                           3

**NATURE OF THE ACTION**

1.      The FPI Medical Group seeks damages for the substantial harm caused by YesCare's repeated and knowing breaches of its contractual obligations to the FPI Medical Group.

2.      The FPI Medical Group consists of the University of Maryland Faculty Physicians, Inc. and fifteen nonprofit physicians' practice groups affiliated with the University of Maryland Faculty Physicians, Inc.  Each practice group is located in Baltimore, Maryland. These practice groups provide critically important medical care to Marylanders in need of emergency medical treatment and specialty healthcare services.

3.      The FPI Medical Group is among a small number of healthcare providers in the State that provide emergency and specialty medical care to Maryland's population of incarcerated persons.

4.      YesCare is a private-equity-owned for-profit corporation providing health care services to prison systems.

5.      In 2022, YesCare's predecessor, Corizon Health ("Corizon"), faced with growing liabilities, sought to protect its investors by declaring bankruptcy and engaging the protections of a liability avoidance tactic known as the "Texas Two-Step."

6.      YesCare claimed to emerge from this process with many of Corizon's assets and none of its liabilities.

7.      Principally, YesCare assumed the responsibilities and benefits of Corizon's highly valuable contract, worth hundreds of millions of dollars, with the Maryland Department of Public Safety and Correctional Services ("the Department") to provide onsite medical care to

986379                                                4

incarcerated individuals housed in Maryland's prisons and detention centers (the "State Contract"). Additionally, YesCare secured a nearly $125,000,000 contract extension.

8. YesCare lacked the resources and expertise to provide the full spectrum of health care services necessary to treat and care for persons incarcerated in Maryland's prison system. To fulfill its obligations under the State Contract, YesCare engaged the services of offsite health care providers for the services YesCare was unable to provide on its own. For instance, YesCare lacked the resources and expertise to provide emergency or specialty medical services, such as orthopaedic trauma care or radiation oncology. As such, when incarcerated individuals required emergency or specialized care, YesCare referred and transferred these individuals to the care of offsite providers, including the FPI Medical Group.

9. For the approximately two-year period during which YesCare operated as the awardee of the State Contract, YesCare referred and transferred hundreds of patients to the care of the FPI Medical Group.

10. The FPI Medical Group accepted and treated these patients pursuant to a written contract dated January 1, 2019 with Corizon (later, YesCare) (the "FPI Contract").

11. In breach of the FPI Contract, YesCare has failed to compensate the FPI Medical Group for more than $545,000 worth of services the FPI Medical Group provided at YesCare's request and pursuant to the terms of the FPI Contract.

12. The amount due is not in dispute. YesCare has agreed with the FPI Medical Group's claim submissions. YesCare has agreed that the FPI Medical Group provided these valuable medical services at YesCare's request, for YesCare's benefit, and pursuant to a contract with YesCare. YesCare has simply not paid the FPI Medical Group what it owes.

986379

**PARTIES**

13.    University of Maryland Faculty Physicians, Inc. is a Maryland corporation, headquartered in Maryland.  The University of Maryland Faculty Physicians, Inc. is the coordinating corporation for the University of Maryland School of Medicine Medical Service Plan of which each Plaintiff physician practice group is a participant, and the contracting party with Corizon (later, YesCare).

14.    Shock Trauma Associates, P.A. is a Maryland corporation, headquartered in Maryland.

15.    University of Maryland Anesthesiology Associates, P.A. is a Maryland corporation, headquartered in Maryland.

16.    University of Maryland Diagnostic Imaging Specialists, P.A. is a Maryland corporation, headquartered in Maryland.

17.    University of Maryland Emergency Medicine Associates, P.A. is a Maryland corporation, headquartered in Maryland.

18.    University of Maryland Eye Associates, P.A. is a Maryland corporation, headquartered in Maryland.

19.    University of Maryland Neurology Associates, P.A. is a Maryland corporation, headquartered in Maryland.

20.    University of Maryland Obstetrical & Gynecological Associates, P.A. is a Maryland corporation, headquartered in Maryland.

21.    University of Maryland Oncology Associates, P.A. is a Maryland corporation, headquartered in Maryland.

22.     University of Maryland Orthopaedic Associates, P.A. is a Maryland corporation, headquartered in Maryland.

23.     University of Maryland Orthopaedic Trauma Associates, P.A. is a Maryland corporation, headquartered in Maryland.

24.     University of Maryland Pathology Associates, P.A. is a Maryland corporation, headquartered in Maryland.

25.     University of Maryland Pediatric Associates, P.A. is a Maryland corporation, headquartered in Maryland.

26.     University of Maryland Physicians, P.A. is a Maryland corporation, headquartered in Maryland.

27.     University of Maryland Radiation Oncology Associates, P.A. is a Maryland corporation, headquartered in Maryland.

28.     University of Maryland Surgical Associates, P.A. is a Maryland corporation, headquartered in Maryland.

29.     YesCare is a Texas corporation, headquartered in Brentwood, Tennessee.

## JURISDICTION AND VENUE

30.     The Court has jurisdiction over this action under 28 U.S.C. § 1332(a)(1), because this is a civil action between citizens of Maryland and a citizen of Texas and Tennessee.  Further, the amount in controversy exceeds $75,000, exclusive of interest and costs for Plaintiffs University of Maryland Anesthesiology Associates, P.A., University of Maryland Diagnostic Imaging Specialists, P.A., and University of Maryland Surgical Associates, P.A.

31.     The Court has supplemental jurisdiction over the claims of Plaintiffs Shock Trauma Associates, P.A., University of Maryland Emergency Medicine Associates, P.A.,

University of Maryland Eye Associates, P.A., University of Maryland Neurology Associates, P.A., University of Maryland Obstetrical & Gynecological Associates, P.A., University of Maryland Oncology Associates, P.A., University of Maryland Orthopaedic Associates, P.A., University of Maryland Orthopaedic Trauma Associates, P.A., University of Maryland Pathology Associates, P.A., University of Maryland Pediatric Associates, P.A., University of Maryland Physicians, P.A., and University of Maryland Radiation Oncology Associates, P.A. under 28 U.S.C. § 1332(a)(1) and 28 U.S.C. § 1367(a) because those claims form part of the same case or controversy as the claims of Plaintiffs University of Maryland Anesthesiology Associates, P.A., University of Maryland Diagnostic Imaging Specialists, P.A., and University of Maryland Surgical Associates, P.A.

32.     The Court has personal jurisdiction over Defendant YesCare because, at all relevant times, YesCare purposefully availed itself of the privilege of doing business in the State of Maryland by performing work in the State of Maryland and contracting with and seeking services from the FPI Medical Group in the State of Maryland.  Moreover, the causes of action pled in this complaint arise directly from YesCare's actions causing injury in the State, specifically its breach of contract with the FPI Medical Group.

33.     Venue is proper in the Court pursuant to 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to the FPI Medical Group's claims occurred in this judicial district.

## FACTUAL ALLEGATIONS

34.     YesCare is a private-equity-owned for-profit provider of prison health care.

35.     In 2018, the State awarded YesCare's predecessor, Corizon, the State Contract valued at roughly $680,000,000 to provide health care services to people incarcerated in Maryland's prison system.

36.     Under the State Contract, Corizon provided on-site health care and treatment to incarcerated persons within the Department's facilities.

37.     Although Corizon intended to provide health care to incarcerated persons onsite, it was understood that instances would arise in which Corizon would be incapable of providing the specialty level of care necessary to treat certain patients.  The State Contract contemplated such instances, and the Department anticipated that Corizon would engage offsite health care providers to step in when necessary to ensure the safety and well-being of Maryland's incarcerated population.

38.     In particular, Corizon lacked the functionality and expertise to provide emergency or certain specialty medical treatment.  For emergency treatment and other specialty services, Corizon referred and transferred individuals to the care of offsite health care providers, including to the FPI Medical Group.

39.     On January 1, 2019, Corizon and the University of Maryland Faculty Physicians, Inc., on behalf of itself and all affiliated physicians practices, including the affiliated physicians' practices comprising the FPI Medical Group, entered into a written contract for the FPI Medical Group to provide health care services to persons incarcerated by the Maryland Department of Public Safety and Correctional Services on behalf of Corizon.

40.     Over the course of the contract, the FPI Medical Group treated hundreds of incarcerated persons at Corizon's direction.

986379                                                          9

41.     However, in 2022, after facing substantial debt and liabilities, Corizon sought to protect its investors by implementing a liability avoidance tactic known as the "Texas Two-Step."

42.     Under the Texas Two-Step, Corizon changed its state of incorporation from Delaware to Texas and reorganized into two entities:  Tehum Care Services, Inc. ("Tehum") and YesCare.

43.     Corizon purported to assign its liabilities to Tehum, while claiming to transfer most of its assets, including the valuable State Contract, to YesCare.

44.     In 2023, the final stage of the Texas Two-Step was completed when Tehum filed for Chapter 11 bankruptcy protection in the United States Bankruptcy Court for the Southern District of Texas.

45.     YesCare assumed the responsibilities and benefits of both the State Contract and the FPI Contract.  As a result, YesCare became the Department's medical health care contractor for Maryland's incarcerated population.

46.     YesCare was obligated under the State Contract to render medical care for Maryland's incarcerated population.

47.     YesCare continued the practices of its predecessor, Corizon, regarding patient referrals and transfers.  That is, for incarcerated persons requiring care that exceeded the level of care YesCare could provide, YesCare referred and transferred those individuals to offsite health care providers, including to the FPI Medical Group.

48.     Over the course of YesCare's performance of the State Contract, YesCare transferred and referred hundreds of individual patients to the care of the FPI Medical Group.

986379

49.     The FPI Medical Group rendered appropriate care to the patients YesCare transferred and referred to the care of the FPI Medical Group.

50.     Pursuant to the terms of the FPI Contract, the FPI Medical Group billed YesCare for its services in providing care to individuals on YesCare's behalf.

51.     YesCare is obligated under the FPI Contract to compensate the FPI Medical Group for the health care services the FPI Medical Group rendered at the request of and on behalf of YesCare.

52.     The FPI Medical Group has calculated, and YesCare agrees, that YesCare owes $548,980.93 to the FPI Medical Group for services the FPI Medical Group provided in 2023 and 2024 under the FPI Corizon Contract.

53.     On January 9, 2026, Rivky Hersko, YesCare's Claim Director, in email communications with FPI Payer Operations, acknowledged that YesCare owes the $548,908.93 to the FPI Medical Group.

54.     Despite the unambiguous language of the FPI Contract and YesCare's acknowledgement of the outstanding amount owed to FPI, YesCare has simply failed to pay. The FPI Medical Group's repeated requests for payment have been ignored.

55.     YesCare has retained the full benefit of the services the FPI Medical Group provided to YesCare's patients, and has failed to rightfully compensate the FPI Medical Group for its work.

56.     As a direct and proximate cause of YesCare's actions, the FPI Medical Group has been harmed in an amount in excess of $545,000.00.

986379

**BREACH OF CONTRACT CLAIM**

57.     The FPI Medical Group re-alleges and incorporates the allegations contained in each of the foregoing paragraphs of this complaint.

58.     The FPI Contract is a valid, binding, and enforceable written contract between and among YesCare and the FPI Medical Group.

59.     In exchange for good and valuable consideration, YesCare agreed to pay the FPI Medical Group for the medical care performed under the FPI Contract.

60.     The FPI Medical Group performed its obligations under the FPI Contract, including but not limited to, providing authorized medical care to patients transferred and referred to the care of the FPI Medical Group by YesCare.

61.     YesCare materially breached the terms of the FPI Contract by failing to pay the FPI Medical Group for the services the FPI Medical Group performed pursuant to the FPI Contract.

62.     As a direct and proximate result of YesCare's breaches of contract, the FPI Medical Group has suffered harm and damages in an amount in excess of $545,000.

**PRAYER FOR RELIEF**

Wherefore, the FPI Medical Group respectfully requests that the Court:

Enter judgment in the FPI Medical Group's favor and against YesCare and any other person or entity found to be liable, jointly and severally; and

A.     Award Shock Trauma Associates, P.A. compensatory damages in the amount of $68,784.80.

B.     Award University of Maryland Anesthesiology Associates, P.A. compensatory damages in the amount of $116,360.30.

C.      Award University of Maryland Diagnostic Imaging Specialists, P.A. compensatory damages in the amount of $98,858.20.

D.      Award University of Maryland Emergency Medicine Associates, P.A. compensatory damages, in the amount of $54,432.00

E.      Award University of Maryland Eye Associates, P.A. compensatory damages in the amount of $34,300.08

F.      Award University of Maryland Neurology Associates, P.A. compensatory damages in the amount of $8,634.50.

G.      Award University of Maryland Obstetrical & Gynecological Associates, P.A. compensatory damages in the amount of $4,986.80.

H.      Award University of Maryland Oncology Associates, P.A. compensatory damages in the amount of $2,209.20.

I.      Award University of Maryland Orthopaedic Associates, P.A. compensatory damages in the amount of $1,509.20.

J.      Award University of Maryland Orthopaedic Trauma Associates, P.A. compensatory damages in the amount of $4,570.30.

K.      Award University of Maryland Pathology Associates, P.A. compensatory damages in the amount of $15,298.05.

L.      Award University of Maryland Pediatric Associates, P.A. compensatory damages in the amount of $2,383.50.

M.      Award University of Maryland Physicians, P.A. compensatory damages in the amount of $56,700.

986379                                    13

N.       Award University of Maryland Radiation Oncology Associates, P.A. compensatory damages in the amount of $1,085.00.

O.       Award University of Maryland Surgical Associates, P.A. compensatory damages in the amount of $78,869.00.

P.       Award the FPI Medical Group its costs and expenses in pursuing this action, including all reasonable attorneys' fees;

Q.       Award the FPI Medical Group interest on all payments not timely made by YesCare; and

R.       Award all other and further relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

The FPI Medical Group respectfully demands that this case be tried before a jury.

Respectfully submitted,

**GALLAGHER LLP**

*/s/Thomas C. Dame*
Thomas C. Dame (Fed. Bar No. 08352)
Rose C.A. Woolson (Fed. Bar No. 30977)
650 S Exeter Street, Suite 1200
Baltimore, MD 21202
Telephone:  410-727-7702
Facsimile:  410-468-2786
tdame@gallagherllp.com
rwoolson@gallagherllp.com

*Attorneys for Plaintiffs*

Date: April 17, 2026

986379                                         14